# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT GARLAND, | § | |
| | § | |
| Plaintiff, | § | CIVIL NO. 4:08cv254 |
| | § | |
| v. | § | |
| | § | |
| EQUIFAX INFORMATION SERVICES, LLC | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 22, 2008, the report of the Magistrate Judge was entered recommending that Defendant Equifax Information Services LLC's Motion to Dismiss Under Rule 12(c) or in the Alternative Equifax's Motion to Dismiss Plaintiff's Injunctive Relief Claims (Dkt. 3) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. Therefore, Defendant Equifax Information Services LLC's Motion to Dismiss Under Rule 12(c) or in the Alternative Equifax's Motion to Dismiss Plaintiff's Injunctive Relief Claims (Dkt. 3) is DENIED.

**IT IS SO ORDERED.**

SIGNED this 8th day of September, 2008.

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE